IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKEY HARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.   12-21-SCW |
| | ) |
| CYNTHIA JORDAN, SARAH FARRIS, OLU OBADINA, NURSE JOYCE, NURSE GALE and NURSE MELVIN, | ) |
| | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

Defendant OLU OBADINA was dismissed without prejudice on January 16, 2013 by an Order entered Judge Michael J. Reagan (Doc. 51).

Defendants SARAH FARRIS, NURSE JOYCE, NURSE GALE and NURSE MELVIN were granted summary judgment on September 11, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 84).

The remaining claims came before this Court for jury trial.   The issues have been tried and the jury has rendered its verdict in favor of Defendant CYNTHIA JORDAN and against Plaintiff RICKEY HARMON (Doc. 123).

THEREFORE, judgment is entered in favor of Defendants **CYNTHIA JORDAN, SARAH FARRIS, NURSE JOYCE, NURSE GALE, NURSE MELVIN** and against Plaintiff **RICKEY HARMON.**

Plaintiff shall take nothing from this action.

**DATED** this 21st day of July, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

**BY:** */s/ Angela Vehlewald*
**Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**